LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00012 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | **Dismiss Indictment Against** |
| | ) | **Defendant and Vacate** |
| KYUNG MIN KIM, | ) | **Arrest Warrant** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Through a Motion to Dismiss Indictment Against Defendant and Vacate Arrest Warrant having come before this Honorable Court and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that the indictment against defendant KYUNG MIN KIM is hereby dismissed and the warrant for arrest is vacated.

So Ordered this 2nd day of February, 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**